# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

M.S., MOTHER OF C.O.S., A CHILD,

      Appellant,

v.

      Case No. 5D22-2466
      LT Case No. 2020-DP-000195

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.

_____/

Decision filed February 6, 2023

Appeal from the Circuit Court
for Putnam County,
Alicia R. Washington, Judge.

Tiffany Gatesh Fearing, of Suncoast Legal Group, P.L., Spring Hill, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, of Guardian ad Litem, Tallahassee, and Beth Kathryn Roland, of Family First Firm, Orlando, for Guardian ad Litem.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.